DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARWIN JUNIOR PETTIS**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-418

[May 9, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 472016CF000857A.

Carwin Junior Pettis, Pahokee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***